In the Matter of AUBREY McCAFFREY, Respondent, against ARTHUR E. HOWLAND, as Chief Engineer and General Manager, Long Island State Park Commission, Appellant.

(Submitted June 5, 1936; decided July 8, 1936.)

*John J. Bennett, Jr., Attorney-General (Patrick H. Clune* of counsel), for appellant.

*James F. Ryan* for respondent.

*Albert De Roode, amicus curiæ.*

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.